AO 121

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the **U.S. District Court for the District of Utah** on the following ☐ Patents ☒ Trademarks:

| DOCKET NO.<br>**2:07cv873 TS** | DATE FILED<br>**11/13/2007** | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| **Klein-Becker USA, LLC**<br><br>**Klein-Becker IP Holdings, LLC** | **Collagen Corporation**<br><br>**Doctors Skin Care Institute Medical Clinic**<br><br>**Leslie Feinstein, aka L. Louise Brody, aka Louise Leslie Feinstein** |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| **1** | 2,760,414 | 9/2/2003 | Klein Becker |
| **2** | | | |
| **3** | | | |
| **4** | | | |
| **5** | | | |

### In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| **1** | | | |
| **2** | | | |
| **3** | | | |
| **4** | | | |
| **5** | | | |

### In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :

1) Upon initiation of action
mail copy to Commissioner &
lodge a copy in the file

2) Upon filing of document adding copyright(s),
mail copy to Commissioner &
lodge a copy in the file

3) Upon termination of action ,
mail copy to Registrar of Copyrights &
lodge a copy in the file.