Todd E. Zenger (5238)
Dax D. Anderson (10168)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com
Email: danderson@kmclaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER USA, LLC, a Limited Liability Company, and KLEIN-BECKER IP HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLAGEN CORPORATION; DOCTORS SKIN CARE INSTITUTE MEDICAL CLINIC, INC.; and LESLIE FEINSTEIN *aka* L. LOUISE BRODY *aka* LOUISE BRODY FEINSTEIN *aka* LOUISE LESLIE FEINSTEIN,<br><br>Defendants. | Civil Action No.  2:07-CV-00873 TS<br><br>Judge Ted Stewart<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Counsel for Defendants, Todd E. Zenger and Dax D. Anderson, hereby move this Court to withdraw as counsel for all Defendants.

During the course of representation in this matter, there has arisen irreconcilable differences between counsel and Defendants as to the manner in which to participate, proceed, provide and pay for a defense in this case.

Due to these differences, counsel are unable to continue to provide effective counsel and representation.

Counsel has discussed this matter with Defendants, and has advised Defendants of outstanding matters and the need to obtain other counsel.

Therefore, Todd E. Zenger Dax D. Anderson request this Court to grant this motion to withdraw as counsel for Defendants.

DATED this 29th day of September, 2008.

KIRTON & McCONKIE

By:    s/Margaret L. Carlson
       Todd E. Zenger
       Dax D. Anderson

Attorneys Defendants
COLLAGEN CORPORATION, ET AL.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2008, the foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS was electronically filed with the Clerk of the Court, District of Utah, using the CM/ECF system, which sent notification of such filing to the following:

> Brent V. Manning
> Chad R. Derum
> MANNING CURTIS BRADSHAW & BEDNAR, LLC
> Third Floor Newhouse Building
> 10 Exchange Place
> Salt Lake City, Utah 84111

s/Margaret L. Carlson

1092850.1