IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER USE, LLC, KLEIN-BECKER IP HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLLAGEN CORPORATION; DOCTORES SKIN CARE INSTITUTE MEDICAL CLINIC, INC.; and LESLIE FEINSTEIN aka L.LOUISE BRODY FEINSTEIN aka LOUISE LESLIE FEINSTEIN,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND JUDGMENT AND ORDER GRANTING MOTION FOR FINAL JUDGMENT<br><br><br><br>Case No. 2:07-CV-873 TS TS |

    This matter comes before the Court on Plaintiff's Motion to Amend Judgment and Motion for Final Judgment.

## I. Background

    This Court granted Plaintiff's Motion for Final Judgment against the Defendants on July 20, 2009.[1] The Memorandum and Order granting the Motion for Final Judgment includes a

---

[1] Docket No. 50.

caption listing all of Defendants' names but does not include the alias and aka names used by Defendant Leslie Feinstein, including L. Louise Brody, Louise Brody Feinstein, and Louise Leslie Feinstein.[2]  Plaintiff seeks to enforce the judgment against all named Defendants, but is unable to enforce the judgement against assets held under the above aliases and akas.

## II. Standard

Federal Rule of Civil Procedure 60(a) states:

> The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order or other part of the record.  The court may do so on motion, or on its own, with or without notice.  But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

## III. Discussion

The Court finds that leaving the aliases and akas of Defendant is the type of a clerical mistake or omission Rule 60(a) deals with.  It is therefore

---

[2]Docket No. 50 and 51.

ORDERED that the Memorandum and Order Granting Plaintiffs' Motion for Final Judgment (Docket No. 50) and the Judgment in a Civil Case (Docket No. 51) be amended to include Defendnat Leslie Feinstein's aliases and akas: L. Louise Brody, Louise Brody Feinstein, and Louise Leslie Feinstein, as set forth in the complaint.

DATED   October 2, 2009.

BY THE COURT:

_____
TED STEWART

United States District Judge